UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN IGARTUA, on behalf of himself and all others similarly situated,

        Plaintiffs,

v.

MIGHTY LUCKY, INC.,

        Defendant.

1:24-cv-06753 (ALC)

**NOTICE OF DISMISSAL**

    IT IS HEREBY AGREED that Plaintiff, JUAN IGARTUA ("Plaintiff") by and through their undersigned counsel, pursuant to Rule 41(a)(1) (A) (i) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: December 5, 2024

        **JOSEPH & NORINSBERG, LLC**

        By: _____
        Jon L. Norinsberg, Esq.
        Bennitta L. Joseph, Esq.
        110 East 59th Street, Suite 2300
        New York, New York 10022
        Tel: (212) 227-5700
        jon@norinsberglaw.com
        bennitta@employeejustice.com
        *Attorneys for Plaintiff*

c.c.
Scott Topolski, Esq.
Matt Barish, Esq.
*Counsel for Defendant*